USCA1 Opinion

 

 December 6, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1574  A.G. EDWARDS, JR., Plaintiff, Appellant, v. PHYLLIS VELIS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nancy Gertner, U.S. District Judge] ___________________ ____________________ Before Selya, Stahl and Lynch, Circuit Judges. ______________ ____________________ A.G. Edwards, Jr. on brief pro se. _________________ Rhonda T. Maloney and Esdaile, Barrett & Esdaile on brief for __________________ ___________________________ appellees Phyllis Velis, Nicole Velis and Christopher Velis. Richard K. Donahue, Jr. and Donahue & Donahue on brief for _________________________ ___________________ appellee Harvey I. Katzen, M.D. William D. Crowe and Crowe & Dunn on brief for appellee Harold M. ________________ ____________ Goldstein. George A. Berman, Deirdre M. Giblin and Posternak, Blankstein & ________________ _________________ ________________________ Lund on brief for appellees Frederic A. Swartz and Swartz & Swartz. ____ ____________________ ____________________ Per Curiam. After carefully considering the briefs __________ of the parties and reviewing the record, we affirm the judgment of the district court for essentially the reasons stated in its Memorandum & Order, dated April 13, 1995. Affirmed. See Local Rule 27.1. ________ ___ -2-